UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PAULA ZELESNIK,
    Plaintiff,

vs.

MICHAEL SCOTT, et al.,
    Defendants.

Case No. 1:18-cv-584
Black, J.
Litkovitz, M.J.

**REPORT AND RECOMMENDATION**

On August 17, 2018, the Court ordered plaintiff to pay the required filing fee of $400.00 or submit an application to proceed *in forma pauperis* within **thirty (30) days**. (Doc. 2). Plaintiff was notified that her complaint shall not be deemed "filed" until the appropriate filing fee of $400.00 is paid or she is granted leave to proceed *in forma pauperis*. *See Truitt v. County of Wayne*, 148 F.3d 644, 648 (6th Cir. 1998). Plaintiff was also advised that if she fails to pay the filing fee or submit her application to proceed *in forma pauperis* within thirty (30) days this matter will be closed on the docket of the Court.

To date, more than thirty days later, plaintiff has failed to comply with the Court's order. Accordingly, this matter should be closed and terminated on the docket of this Court.

**IT IS SO RECOMMENDED.**

Date: 9/18/18

Karen L. Litkovitz, Magistrate Judge
United States District Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PAULA ZELESNIK,
    Plaintiff,

vs.

MICHAEL SCOTT, et al.,
    Defendants.

Case No. 1:18-cv-584
Black, J.
Litkovitz, M.J.

**NOTICE TO THE PARTIES REGARDING THE FILING OF OBJECTIONS TO R&R**

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. This period may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas* v. *Arn,* 474 U.S. 140 (1985); *United States* v. *Walters,* 638 F.2d 947 (6th Cir. 1981).