UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PAULA ZELESNIK, | : | |
| | : | Case No. 1:18-cv-584 |
| Plaintiff, | : | |
| | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Karen L. Litkovitz |
| | : | |
| MICHAEL SCOTT, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 3) AND
TERMINATING THIS CASE IN THIS COURT**

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on September 18, 2018, submitted a Report and Recommendation. (Doc. 3). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that the Report and Recommendation should be and is hereby **ADOPTED** in its entirety.

Accordingly, for the reasons stated above:

1) Plaintiff has failed to comply with the Court's order to pay the required filing fee of $400.00 or resubmit her application to proceed *in forma pauperis* with

the appropriate affidavit or declaration. (Doc. 2). Accordingly, Plaintiff's case is **DISMISSED** for want of prosecution.

2) The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** from the docket of this Court.

**IT IS SO ORDERED.**

Date: 10/10/2018     */s/ Timothy S. Black*
                     Timothy S. Black
                     United States District Judge